# EXHIBIT A

052118-01

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 05/16/18 | DEPT. SSC12 |

| | | | |
|---|---|---|---|
| HONORABLE CAROLYN B. KUHL | JUDGE | J. MANRIQUE | DEPUTY CLERK |
| | | M. MIRO, C.A. | |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| ADD-ON | | | |
| NONE | Deputy Sheriff | NOT REPORTED | Reporter |

| | | |
|---|---|---|
| BC705072 | Plaintiff Counsel | |
| | | NO APPEARANCES |
| TERRY VALENTINE | | |
| VS | Defendant | |
| REHABILITATION CENTER OF SANTA | Counsel | |
| MONICA HOLDING COMPANY GP LLC | | |
| ET AL | | |

**NATURE OF PROCEEDINGS:**

COURT ORDER REGARDING NEWLY FILED CLASS ACTION

By this order, the Court determines this case to be
Complex according to Rule 3.400 of the California
Rules of Court. The Clerk's Office has randomly
assigned this case to this department for all
purposes.

By this order, the Court stays the case, except for
service of the Summons and Complaint. The stay
continues at least until the Initial Status
Conference. Initial Status Conference is set for
July 6, 2018, at 10:00 a.m. in Department 12, Spring
Street Courthouse, 312 N. Spring Street, Los
Angeles, California 90012. Counsel for all parties
are ordered to attend IN PERSON.

The court orders counsel to prepare for the Initial
Status Conference by identifying and discussing the
central legal and factual issues in the case. Prior
to the Initial Status Conference, Counsel for all
parties are ordered to meet and confer in person (no
later than 10 days before the Conference). Counsel
for plaintiff is ordered to initiate contact with
counsel for defense to begin this process. Counsel
then must negotiate and agree, as much as possible,
on a case management plan. To this end, counsel must
file a Joint Initial Status Conference Class Action
Response Statement five court days before the .

Page    1 of 10    DEPT. SSC12

| |
|---|
| MINUTES ENTERED |
| 05/16/18 |
| COUNTY CLERK |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 05/16/18

DEPT. SSC12

HONORABLE CAROLYN B. KUHL JUDGE

J. MANRIQUE
M. MIRO, C.A.

DEPUTY CLERK

HONORABLE

JUDGE PRO TEM

ELECTRONIC RECORDING MONITOR

ADD-ON

NONE Deputy Sheriff

NOT REPORTED

Reporter

BC705072

TERRY VALENTINE
VS
REHABILITATION CENTER OF SANTA
MONICA HOLDING COMPANY GP LLC
ET AL

Plaintiff
Counsel

NO APPEARANCES

Defendant
Counsel

**NATURE OF PROCEEDINGS:**

Initial Status Conference. The Joint Response
Statement must be filed on line-numbered pleading
paper and must specifically answer each of the
below-numbered topics. Do not use the Judicial
Council Form CM-110 (Case Management Statement).

1. PARTIES AND COUNSEL: Please list all
   presently-named class representatives and
   presently-named defendants, together with all
   counsel of record, including counsel's contact
   and email information.

2. STATUS OF PLEADINGS: Please indicate
   whether defendant has filed a Notice of
   Appearance or an Answer to the Complaint, and,
   if so, indicate the filing date(s).

3. POTENTIAL ADDITIONAL PARTIES: Indicate
   whether any plaintiff presently intends to add
   additional class representatives, and, if so,
   the name(s) and date by which these class
   representatives will be added. Indicate
   whether any plaintiff presently intends to
   name additional defendants, and, if so, the
   name(s) and date by which the defendant(s)
   will be added. Indicate whether any appearing
   defendant presently intends to file a
   cross-complaint and, if so, the names of
   cross-defendants and the date by which the
   cross-complaint will be filed.

Page 2 of 10 DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 05/16/18 | | | | DEPT. SSC12 |
|---|---|---|---|---|
| HONORABLE CAROLYN B. KUHL | JUDGE | J. MANRIQUE | | DEPUTY CLERK |
| | | M. MIRO, C.A. | | |
| HONORABLE | JUDGE PRO TEM | | | ELECTRONIC RECORDING MONITOR |
| ADD-ON | | | | |
| NONE | Deputy Sheriff | NOT REPORTED | | Reporter |

| | |
|---|---|
| BC705072<br><br>TERRY VALENTINE<br>VS<br>REHABILITATION CENTER OF SANTA<br>MONICA HOLDING COMPANY GP LLC<br>ET AL | Plaintiff<br>Counsel<br><br>Defendant<br>Counsel      NO APPEARANCES |

NATURE OF PROCEEDINGS:

4.  IMPROPERLY NAMED DEFENDANT(S): If the
    complaint names the wrong person or entity,
    please explain why the named defendant is
    improperly named and the proposed procedure to
    correct this error.

5.  ADEQUACY OF PROPOSED CLASS
    REPRESENTATIVE(S): If any party believes one
    or more named plaintiffs might not be an
    adequate class representative, including
    reasons of conflict of interest as described
    in Apple Computer v. The Superior Court of Los
    Angeles County (2005) 126 Cal.App.4th 1253,
    please explain. No prejudice will attach to
    these responses.

6.  ESTIMATED CLASS SIZE: Please discuss and
    indicate the estimated class size.

7.  OTHER ACTIONS WITH OVERLAPPING CLASS
    DEFINITIONS: Please list other cases with
    overlapping class definitions. Please identify
    the court, the short caption title, the docket
    number, and the case status.

8.  POTENTIALLY RELEVANT ARBITRATION AND/OR
    CLASS ACTION WAIVER CLAUSES: Please state
    whether arbitration is an issue in this case
    and attach a sample of any relevant clause of

Page    3 of 10    DEPT. SSC12

| MINUTES ENTERED |
|---|
| 05/16/18 |
| COUNTY CLERK |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 05/16/18 | | | | DEPT. SSC12 |
|---|---|---|---|---|
| HONORABLE CAROLYN B. KUHL | JUDGE | J. MANRIQUE | DEPUTY CLERK | |
| | | M. MIRO, C.A. | | |
| HONORABLE ADD-ON | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR | |
| NONE | Deputy Sheriff | NOT REPORTED | Reporter | |

| BC705072 | Plaintiff Counsel | |
|---|---|---|
| TERRY VALENTINE | | NO APPEARANCES |
| VS | Defendant | |
| REHABILITATION CENTER OF SANTA | Counsel | |
| MONICA HOLDING COMPANY GP LLC | | |
| ET AL | | |

**NATURE OF PROCEEDINGS:**

this sort. Opposing parties must summarize their views on this issue.

9.  POTENTIAL EARLY CRUCIAL MOTIONS:  Opposing counsel should identify and describe the significant core issues in the case, and then identify efficient ways to resolve those issues, including one or more of the following:
    - Motion to Compel Arbitration,
    - Early motions in limine,
    - Early motions about particular jury instructions and verdict forms,
    - Demurrers,
    - Motions to strike,
    - Motions for judgment on the pleadings, and
    - Motions for summary judgment and summary adjudication.

10.  CLASS CONTACT INFORMATION:  Counsel should discuss whether obtaining class contact information from defendant's records is necessary in this case and, if so,  whether the parties consent to an "opt-out" notice process (as approved in Belaire-West Landscape, Inc. v. Superior Court (2007) 149 Cal.App.4th 554, 561). Counsel should address timing and procedure, including allocation of cost and the necessity of a third party administrator.

Page    4 of 10    DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 05/16/18 | DEPT. SSC12 |

| | | |
|---|---|---|
| HONORABLE CAROLYN B. KUHL | JUDGE | J. MANRIQUE     DEPUTY CLERK |
| | | M. MIRO, C.A. |
| HONORABLE | JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| ADD-ON | | |
| NONE | Deputy Sheriff | NOT REPORTED     Reporter |

BC705072

TERRY VALENTINE
VS
REHABILITATION CENTER OF SANTA
MONICA HOLDING COMPANY GP LLC
ET AL

Plaintiff
· Counsel

Defendant
Counsel

NO APPEARANCES

**NATURE OF PROCEEDINGS:**

11. PROTECTIVE ORDERS:  Parties considering an
    order to protect confidential information from
    general disclosure should begin with the model
    protective orders found on the Los Angeles
    Superior Court Website under "Civil Tools for
    Litigators."

12. DISCOVERY:  Please discuss a discovery
    plan. If the parties cannot agree on a plan,
    summarize each side's views on discovery. The
    court generally allows discovery on matters
    relevant to class certification, which
    (depending on circumstances) may include
    factual issues also touching the merits. The
    court generally does not permit extensive or
    expensive discovery relevant only to the
    merits (for example, detailed damages
    discovery) at the initial stage unless a
    persuasive showing establishes early need. If
    any party seeks discovery from absent class
    members, please estimate how many, and also
    state the kind of discovery you propose (See
    California Rule of Court, Rule 3.768).

13. INSURANCE COVERAGE:  Please state if (1)
    there is insurance for indemnity or
    reimbursement, and (2) whether there are any
    insurance coverage issues which might affect
    settlement.

Page    5 of 10    DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 05/16/18 | DEPT. SSC12 |
| HONORABLE CAROLYN B. KUHL   JUDGE | J. MANRIQUE   DEPUTY CLERK |
| | M. MIRO, C.A. |
| HONORABLE   JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| ADD-ON | |
| NONE   Deputy Sheriff | NOT REPORTED   Reporter |

| | |
|---|---|
| BC705072 | Plaintiff Counsel |
| | NO APPEARANCES |
| TERRY VALENTINE | |
| VS | Defendant |
| REHABILITATION CENTER OF SANTA | Counsel |
| MONICA HOLDING COMPANY GP LLC | |
| ET AL | |

### NATURE OF PROCEEDINGS:

14.   ALTERNATIVE DISPUTE RESOLUTION:   Please
discuss ADR and state each party's position
about it. If pertinent, how can the court help
identify the correct neutral and prepare the
case for a successful settlement negotiation?

15.   TIMELINE FOR CASE MANAGEMENT:   Please
recommend dates and times for the following:
- The next status conference,
- A schedule for alternative dispute
resolution, if it is relevant,
- A filing deadline for the motion for class
certification, and
- Filing deadlines and descriptions for other
anticipated non-discovery motions.

16.   ELECTRONIC SERVICE OF PAPERS:   For
efficiency the complex program requires the
parties in every new case to use a third-party
cloud service. Please agree on one and submit
the parties' choice when filing the Joint
Initial Status Conference Class Action
Response Statement. If there is agreement,
please identify the vendor and submit a
proposed order. (The Court suggests contacting
the vendor for a draft form of order.) If
parties cannot agree, the court will select
the vendor at the Initial Status Conference.
Electronic service is not the same as

Page   6 of 10   DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 05/16/18 | | DEPT. SSC12 |
|---|---|---|
| HONORABLE CAROLYN B. KUHL | JUDGE | J. MANRIQUE     DEPUTY CLERK |
| | | M. MIRO, C.A. |
| HONORABLE | JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| ADD-ON | | |
| NONE | Deputy Sheriff | NOT REPORTED     Reporter |

| BC705072 | Plaintiff Counsel | |
|---|---|---|
| TERRY VALENTINE | | NO APPEARANCES |
| VS | Defendant | |
| REHABILITATION CENTER OF SANTA | Counsel | |
| MONICA HOLDING COMPANY GP LLC | | |
| ET AL | | |

**NATURE OF PROCEEDINGS:**

electronic filing. Only traditional methods of filing by physical delivery of original papers or by fax filing are presently acceptable.

Reminder When Seeking To Dismiss Or To Obtain Settlement Approval:

"A dismissal of an entire class action, or of any party or cause of action in a class action, requires court approval. . . . Requests for dismissal must be accompanied by a declaration setting forth the facts on which the party relies. The declaration must clearly state whether consideration, direct or indirect, is being given for the dismissal and must describe the consideration in detail" (California Rule of Court, Rule 3.770(a)). If the parties have settled the class action, that too will require judicial approval based on a noticed motion (although it may be possible to shorten time by consent for good cause shown).

Reminder When Seeking Approval of a Settlement:

Plaintiff(s) must address the issue of any fee splitting agreement in their motion for preliminary approval and demonstrate compliance with California Rule of Court 3.769, and the Rules of Professional Conduct 2-200(a) as required by Mark v. Spencer (2008) 166 Cal.App. 4th 219.

MINUTES ENTERED
05/16/18
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 05/16/18 | DEPT. SSC12 |
| HONORABLE CAROLYN B. KUHL    JUDGE | J. MANRIQUE    DEPUTY CLERK |
| | M. MIRO, C.A. |
| HONORABLE    JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| ADD-ON | |
| NONE    Deputy Sheriff | NOT REPORTED    Reporter |

| | | |
|---|---|---|
| BC705072 | Plaintiff Counsel | |
| TERRY VALENTINE | | NO APPEARANCES |
| VS | Defendant | |
| REHABILITATION CENTER OF SANTA | Counsel | |
| MONICA HOLDING COMPANY GP LLC | | |
| ET AL | | |

NATURE OF PROCEEDINGS:

As stated above, pending further order of this
Court, these proceedings are stayed in their
entirety. This stay precludes the filing of any
answer, demurrer, motion to strike, or motions
challenging the jurisdiction of the Court; however,
each defendant is directed to file a Notice of
Appearance for purposes of identification of counsel
and preparation of a service list. The filing of
such a Notice of Appearance is without prejudice to
any challenge to the jurisdiction of the Court,
substantive or procedural challenges to the
Complaint, without prejudice to any affirmative
defense, and without prejudice to the filing of any
cross-complaint in this action. This stay is issued
to assist the Court and the parties in managing this
complex case and to reduce litigation costs through
the development of an orderly schedule for briefing
and hearings on procedural and substantive
challenges to the complaint and other issues that
may assist in the orderly management of these cases.
This stay does not preclude the parties from
informally exchanging documents that may assist in
their initial evaluation of the issues presented in
this case; however it stays all outstanding
discovery requests.

Nothing in this order stays the time for filing an
Affidavit of Prejudice pursuant to Code of Civil
Procedure Section 170.6.

Page    8 of 10    DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 05/16/18 | DEPT. SSC12

HONORABLE CAROLYN B. KUHL    JUDGE | J. MANRIQUE    DEPUTY CLERK
| M. MIRO, C.A.

HONORABLE    JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR
ADD-ON

NONE    Deputy Sheriff | NOT REPORTED    Reporter

---

BC705072 | Plaintiff
| Counsel
TERRY VALENTINE | NO APPEARANCES
VS | Defendant
REHABILITATION CENTER OF SANTA | Counsel
MONICA HOLDING COMPANY GP LLC
ET AL

---

NATURE OF PROCEEDINGS:

Counsel are directed to access information on
procedures in the Complex Litigation Program
courtrooms on the Court's website at www.lacourt.org.

Pursuant to Government Code Section 70616
subdivisions (a) and (b), each party shall pay a fee
of $1,000.00 to the Los Angeles Superior Court
within 10 calendar days from this date.

Plaintiff's counsel is directed to serve a copy of
this Order on counsel for all parties, or if counsel
has not been identified, on all parties, within five
(5) days of service of this order. If any defendant
has not been served in this action, service is to be
completed within twenty (20) days of the date of
this Order. The plaintiff must file a Proof of
Service in this department within seven days of
service.

If all parties have been served, have conducted the
required meet and confer, and are ready to fully
participate in the status conference prior to the
assigned date, counsel may contact the clerk of
Department 12, Spring Street Courthouse and request
an earlier date for the Initial Status Conference.

/s/ CAROLYN B. KUHL
IT IS SO ORDERED:    ASSISTANT SUPERVISING JUDGE
COMPLEX CIVIL LITIGATION
CAROLYN B. KUHL
DATED: May 16, 2018    Judge of the Superior Court

Page    9 of 10    DEPT. SSC12

MINUTES ENTERED
05/16/18
COUNTY CLERK

| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED):<br>*Terry Valentine v. Rehabilitation Center of Santa Monica Operating Co.,*<br>*LP* | | |
| ATTORNEY(S) NAME AND ADDRESS:<br>GrahamHollis APC<br>Graham Hollis (SBN 120577)<br>Caroline G. Massey (SBN 299691)<br>3555 Fifth Avenue, Suite 200<br>San Diego, California 92103 | TELEPHONE<br>619.692.0800<br><br>FACSIMILE<br>619.692.0822 | |
| ATTORNEYS FOR:<br>Plaintiff Terry Valentine | HEARING: DATE-TIME-DEPT.<br>July 6, 2018, 10:00 a.m. Dept. 12 | CASE NUMBER<br>BC705072 |

## PROOF OF SERVICE

I, Maggie Valdez, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 3555 Fifth Avenue, Suite 200 San Diego, California 92103. I served the following document(s):

### 1.  COURT ORDER REGARDING NEWLY FILE CLASS ACTION DATED ON 5/16/2018

Upon:

Darryl Ross
Mariner Health Care
23052-H Alicia Pkwy., #402
Mission Viejo, CA 92692
Telephone: (949) 238-7775
daross@marinerhealthcare.com

Attorneys for Defendants,
Rehabilitation Center of Santa Monica Operating
Company, LP, Mariner Health Care

☒  *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at San Diego, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

☐  *(BY FACSIMILE)* By use of facsimile machine number 619.692.0822, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 22, 2018.

*Maggie Valdez*
Maggie Valdez

PROOF OF SERVICE
1

**SERVICE LIST**
Valentine v. Rehabilitation Center of Santa Monica Holding Company GP LLC, et al.
CASE NO.: BC705072

| | |
|---|---|
| Rehabilitation Center of Santa Monica Holding Company GP, LLC<br>One Ravinia Drive, Suite 1400<br>Atlanta, GA 30346 | Rehabilitation Center of Santa Monica Holding Company GP, LLC<br>920 Ridgebrook Road<br>Sparks, MD 21152 |
| Rehabilitation Center of Santa Monica Holding Company GP, LLC<br>c/o CT Corporation System, Agent for Service of Process<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Rehabilitation Center of Santa Monica Operating Company, LP<br>One Ravinia Drive, Suite 1400<br>Atlanta, GA 30346 |
| Rehabilitation Center of Santa Monica Operating Company, LP<br>c/o CT Corporation System, Agent for Service of Process<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Mariner Health Care Management Company<br>920 Ridgebrook Road<br>Sparks, MD 21152 |
| Mariner Health Care, Inc.<br>One Ravinia Drive, Suite 1500<br>Atlanta, GA 30346 | Mariner Health Care, Inc.<br>c/o CT Corporation System, Agent for Service of Process<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| Mariner Health Care Management Company<br>c/o CT Corporation System, Agent for Service of Process<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | SavaSeniorCare Administrative Services, LLC<br>One Ravinia Drive, Suite 1500<br>Atlanta, GA 30346 |
| SavaSeniorCare, LLC<br>One Ravinia Drive, Suite 1500<br>Atlanta, GA 30346 | National Senior Care, Inc.<br>One Ravinia Drive, Suite 1500<br>Atlanta, GA 30346 |
| Mariner Health Central, Inc.<br>920 Ridgebrook Road<br>Sparks, MD 21152 | |